# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:94CR90 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| THOMAS E. CRAIG, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to amend the conditions of supervised release (Filing No. 435).

The Defendant asks that condition 6 be amended to require 40 hours of community service, as opposed to 500 hours. Having consulted with the supervising probation office, the Court finds that the motion should be granted.

IT IS ORDERED:

1. The Defendant's motion to amend the conditions of supervised release (Filing No. 435) is granted; and

2. Condition 6 of the Defendant's supervised release is amended to require 40 hours of community service.

DATED this 22nd day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge