Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 JAN 31 AM 10: 51

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name of Offender:** | Thomas Craig | **Docket Number:** 8:94CR90 |
| **Sentencing Judge:** | William G. Cambridge | |
| **Assigned Judge:** | Laurie Smith Camp | |
| **Date of Original Sentence:** | April 9, 1997 | |
| **Original Offense:** | Conspiracy to Distribute and Possess with Intent to Distribute, Cocaine | |
| **Original Sentence:** | 120 months imprisonment, 8 years supervised release | |
| **Type of Supervision:** | Supervised release | |
| **Date Supervision Commenced:** | November 25, 2005 | |

## PETITIONING THE COURT

\_\_ To extend the term of supervision for _____, for a total term of _____

_X_ To modify the conditions of supervision as follows:

> The defendant shall participate in a program of home confinement for a period of 4 months, and abide by the all components of the program, including electronic monitoring. The defendant shall pay the costs of electronic monitoring as directed by the U.S. Probation Officer.
>
> The costs of supervision be remitted.

CRAIG, Thomas
January 29, 2007
REQUEST FOR MODIFICATION

## CAUSE

The defendant violated the terms of his supervision in that on January 14, 2007, he was arrested by officers of the Omaha Police Department after using alcohol and operating his motor vehicle. He refused all sobriety tests resulting in his arrest for driving under the influence, refusal of preliminary breath test and refusal of legal breath test. The matters are pending in Douglas County Court. In addition, he admitted to U.S. Probation Officer Kit Lemon that he has been using alcohol on an occasional basis since his term of supervision commenced. In lieu of a request for revocation of probation, the defendant has asked that the terms of his supervision be modified, as recommended by the U.S. Probation Officer.

The defendant asks that the costs of supervision be remitted in lieu of the fact that he will be responsible to pay for the costs of electronic monitoring.

Respectfully submitted,

Kit Lemon
U.S. Probation Officer

1-30-07
Date:

## THE COURT ORDERS

____ No Action

____ The Extension of Supervision as Noted Above

✓ The Modification of Conditions as Noted Above

____ Other

Laurie Smith Camp
U.S. District Judge

1/31/07
Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional condition:

The defendant shall participate in a program of home confinement for a period of 4 months, and abide by the all components of the program, including electronic monitoring. The defendant shall pay the costs of electronic monitoring as directed by the U.S. Probation Officer.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to removal of the following additional condition:

"The defendant shall pay for the defendant's supervision at the then current rate unless reduced, commensurate with the defendant's ability to pay, in accordance with a schedule fixed and determined from time to time by the probation officer and approved by the Court."

Witness: _____ Signed: _____
Kit Lemon                          Thomas Craig
U.S. Probation Officer             Offender

Date: 1/30/07